AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEPHEN SCHUTTER

**SUMMONS IN A CIVIL CASE**

V.

DAVID HERSKOWITZ and
PHILIP BANKS

CASE NUMBER   1:06CV01846

CASE NUMF   JUDGE: Rosemary M. Collyer

DECK TYPE: Contract

DATE STAMP: 10/27/2006

TO: (Name and address of Defendant)

PHILIP BANKS
405 Glen Arbor Court
King of Prussia, PA 19406

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James M Loots, Esq.
236 Massachusetts Ave NE #204
Washington DC 20002

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER WHITTINGTON          OCT 27 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | November 13, 2006 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael D. Talone | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: <u>405 Glen Arbor Court, King of Prussia, PA 19406</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 13, 2006
              Date

Signature of Server

*CAPITOL PROCESS SERVICES*
*1827 18TH STREET, N.W.*
*WASHINGTON, D.C. 20009*
*(202) 667-0050*

Address of Server

Complaint for Monetary Damages, Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.