IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN SCHUTTER : | |
| : | Civil Action Number |
| v. : | 1:06cv01846 |
| DAVID HERSKOWITZ : | |
| And : | |
| PHILIP BANKS : | |

**Consent Motion for Order Extending Time to Respond**

NOW COMES Plaintiff Stephen Schutter, through undersigned counsel, and with the consent of counsel for Defendant Herskowitz, states as follows:

A. Defendant Herskowitz has filed two motions to dismiss, one on the basis of lack of personal jurisdiction and one to compel arbitration as an alternatiove forum.

B. Plaintif's responses to said motions would otherwise be due December 4, 2006.

C. Defendant Banks is required to answer or otherwise respond to the Complaint on or before December 4, 2006.

D. Due to the intervening holidays and travel by Plaintiff, Plaintiff's counsel requires a brief extension of time to respond to Defendant Herskowitz's motions to dismiss. Defendant Herskowitz's counsel has consented to an extension through and including Friday December 8, 2006.

E. No party or the interests of justice would be prejudiced by the granting of this brief extension of time.

WHEREFORE Plaintiff respectfully moves for an extension of time through and including December 8, 2006 in which to respond to Defendant Herskowitz's motions to dismiss.

RESPECTFULLY SUBMITTED:

        STEPHEN SCHUTTER
        By Counsel

        _____
        James M. Loots (384763)
        236 Massachusetts Ave NE #20
        Washington DC 20002
        (202) 536-5650
        jloots@lootslaw.com

**Certificate of Service**

I hereby certify that the foregoing was served by ECF upon counsel for Defendant Herskowitz and by first class mail, postage prepaid, on December 4, 2006 upon:

Phillip Banks
405 Glan Arbor Court
King of Prussia PA 19406

        _____

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN SCHUTTER : | |
| : | Civil Action Number |
| v. : | 1:06cv01846 |
| DAVID HERSKOWITZ : | |
| And : | |
| PHILIP BANKS : | |

**Order Granting Consent Motion Extending Time to Respond**

Upon consideration of the Motion of Plaintiff Stephen Schutter, and with the consent of counsel for Defendant Herskowitz, and for good cause shown it is hereby ORDERED

A. The Consent Motion Extending Time to Respond is GRANTED and

B. Plaintiff may timely file its opposition to Defendant Herskowitz's Motions to Dismiss on or before December 8, 2006.

_____

Hon. Rosemary M. Collyer

(Signed in Chambers)

Copies to:

Steven M. Nemeroff, Esq.
7700 Old Georgetown Road #520
Bethsda MD 230814

James M Loots, Esq.
236 Massachusetts Ave NE #204
Washington DC 20002

Phillip Banks
405 Glan Arbor Court
King of Prussia PA 19406

1