IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN SCHUTTER : | |
| : | Civil Action Number |
| v.      : | 1:06cv01846 |
| DAVID HERSKOWITZ : | |
| And      : | |
| PHILIP BANKS : | |

**Consent Motion for Order Extending Time to Respond**

NOW COMES Plaintiff Stephen Schutter, through undersigned counsel, and with the consent of Defendant Banks states as follows:

A. Defendant Banks has filed a motion to dismiss on the basis of lack of personal jurisdiction and in favor of arbitration

B. Plaintiff's responses to said motions would otherwise be due December 22, 2006.

C. Due to the holidays and travel by Plaintiff's counsel, Plaintiff requires a brief extension of time to respond to Defendant Banks' motion to dismiss. Defendant Banks has consented to an extension through and including Monday, January 8, 2007.

D. No party or the interests of justice would be prejudiced by the granting of this brief extension of time.

WHEREFORE Plaintiff respectfully moves for an extension of time through and including January 8, 2007 in which to respond to Defendant Banks' motion to dismiss.

1

RESPECTFULLY SUBMITTED:

        STEPHEN SCHUTTER
        By Counsel

        _____
        James M. Loots (384763)
        236 Massachusetts Ave NE #20
        Washington DC 20002
        (202) 536-5650
        jloots@lootslaw.com

**Certificate of Service**

I hereby certify that the foregoing was served by ECF upon counsel for Defendant Herskowitz and by first class mail, postage prepaid, on December 4, 2006 upon:

Phillip Banks
405 Glen Arbor Court
King of Prussia PA 19406

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN SCHUTTER : | |
| : | Civil Action Number |
| v. : | 1:06cv01846 |
| DAVID HERSKOWITZ : | |
| And : | |
| PHILIP BANKS : | |

**Order Granting Consent Motion Extending Time to Respond**

Upon consideration of the Motion of Plaintiff Stephen Schutter, and with the consent of counsel for Defendant Banks, and for good cause shown it is hereby ORDERED

    A.    The Consent Motion Extending Time to Respond is GRANTED and

    B.    Plaintiff may timely file its opposition to Defendant Banks' Motions to Dismiss on or before January 8, 2007.

_____

Hon. Rosemary M. Collyer

(Signed in Chambers)

Copies to:

Steven M. Nemeroff, Esq.
7700 Old Georgetown Road #520
Bethsda MD 230814

James M Loots, Esq.
236 Massachusetts Ave NE #204
Washington DC 20002

Phillip Banks
405 Glan Arbor Court
King of Prussia PA 19406

1