UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STEPHEN SCHUTTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-1846 (RMC) |
| DAVID HERSKOWITZ, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Defendant David Herskowitz's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [Dkt No. 2] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that Defendant David Herskowitz's Motions to Dismiss for Lack of Subject Matter Jurisdiction and to Compel Arbitration [Dkt. Nos. 3 & 4] are **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that Defendant Philip Banks's Motion to Dismiss [Dkt. No. 9] is **GRANTED IN PART AND DENIED IN PART**; and it is

**FURTHER ORDERED** that this case is transferred to the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) and/or 28 U.S.C. § 1406(a). This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: July 5, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge